FILED

2023 Apr-14  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| Koty Williams, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 7:20-cv-00497-LSC |
| Akeem Edmonds, et al., | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

The parties have reported to the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on April 14, 2023.

L. Scott Coogler
United States District Judge

211211